In the Matter of the Claim of SAM VASIL, as Committee of GEORGE WILLIAMS, an Incompetent, Appellant, against NEW YORK CENTRAL RAILROAD COMPANY, Defendant; STATE INDUSTRIAL BOARD, Respondent.— Decision unanimously affirmed. Present — Hill, P. J., Rhodes, McNamee, Bliss and Heffernan, JJ.

In the Matter of the Claim of HILDA SCULLY, Respondent, against LINWOOD AMUSEMENT CORPORATION, Appellant, and Others. STATE INDUSTRIAL BOARD, Respondent.—Award affirmed, with costs to the State Industrial Board. (Matter of Masten v. Rosoff, 226 App. Div. 835.) Hill, P. J., Rhodes, Bliss and Heffernan, JJ., concur; McNamee, J., dissents and votes to reverse the award and to dismiss the claim on the ground that it appeared from all the evidence and as a matter of law that the decedent died of heart disease and not as the result of any catastrophic event.

In the Matter of the Claim of JOSEPH MENESCALCO, Respondent, against ALBANY EVENING UNION COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.—Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, McNamee, Bliss and Heffernan, JJ.

In the Matter of the Claim of CHARLES HOLMES, Respondent, against WALLA-BOUT BASIN STORAGE & TERMINAL Co., INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.—Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, McNamee, Bliss and Heffernan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. EDWARD HOGAN.— Motion for reargument granted. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ. [See 241 App. Div. 784.]

WILLIAM C. HEATON and Another, Doing Business under the Firm Name and Style of W. C. HEATON & COMPANY, Respondents, v. CITY OF COHOES, Appellant. —Application is granted for additional time within which to perfect appeal, serve and file printed record on appeal, and that the order of this court, granted September 20, 1934, dismissing appeal conditionally, be vacated; on condition, however, that the appellant perfects appeal, files and serves printed record on appeal, on or before December 15, 1934, and brief, and is ready for argument at the January, 1935, term, and pays twenty dollars costs; otherwise, the application is denied. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.